ORIGINAL

# In the United States Court of Federal Claims

No. 14-777C
(Filed: February 13, 2015)

```
*****************************
CHRISTOPHER REEVES,           *
                              *
            Plaintiff,        *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
*****************************
```

## NOTICE TO MR. CHARLES L. LOCKETT, COMPLEX WARDEN, U.S. PENITENTIARY COLEMAN II

Plaintiff in this case, Mr. Christopher Reeves, appearing pro se, is an inmate at the United States Penitentiary in Sumterville, Florida ("USP Coleman II"). On January 26, 2015, the court issued an order to show cause for failure to prosecute; the Clerk's Office sent a hard copy of the order to plaintiff, at USP Coleman II, via certified mail. On February 9, 2015, that hard copy of the order was returned to the court, marked "Return to Sender," "Refused," and "Unable to Forward." The court takes judicial notice that plaintiff remains incarcerated at USP Coleman II. The Clerk's Office has now made multiple attempts to contact the penitentiary, in order to facilitate delivery of the court's order to plaintiff via facsimile or other means. Unfortunately, the efforts of the Clerk's Office have been met with a lack of cooperation. The court now directs that this notice, along with the attached January 26, 2015 order, be delivered to plaintiff in this case.

MARGARET M. SWEENEY
Judge

cc:     Mr. Charles L. Lockett, Complex Warden, USP Coleman II